**FILED**

July 9, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SARA POSADA, )<br>)<br>Defendant. ) | Case No. MAG. 08-0237-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SARA POSA, Case No. MAG. 08-0237-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $10,000.00.

    _X_   Unsecured Appearance Bond

    ____   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/09/08  at  2:56pm.

By  _____

Edmund F. Brennan
United States Magistrate Judge