

EASTERN DISTRICT OF CALIFORNIA

DEFERRED PROSECUTION OF AN ADULT OFFENDER

| | | |
|---|---|---|
| United States of America, | File No: | 2:08-237-EFB |
| vs. | Address: | 111 Fremont St.<br>Vallejo, CA. 94589 |
| Sara Posada | Phone No: | (707) 554-4923 |

## AGREEMENT FOR DEFERRED PROSECUTION

It appearing you are reported to have -committed an offense against the United States on or about October 5, 1999, in violation of Title 18 United States Code, Section(s) 1542, in that you did: Passport Fraud. Upon accepting responsibility for your behavior and by your signature on this Agreement, it appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure; therefore,

On the authority of the Attorney General of the United States, by Daniel S. McConkie, Assistant U. S. Attorney for the Eastern District of California, prosecution in this district for this offense shall be deferred for the period of 12 months from this date, provided you abide by the following conditions and the requirements of this agreement set out below.

Should you violate the conditions of this Agreement, the Assistant U. S. Attorney may revoke or modify any conditions of this Pretrial Services Diversion program or change the period of supervision, which shall in no case exceed 18 months. The Assistant U. S. Attorney may release you from supervision at any time. The Assistant U. S. Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this Agreement. In this case, he will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out in this Agreement will be instituted in this district, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the Assistant U. S. Attorney as a result of your participation in the Pretrial Diversion program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

## GENERAL CONDITIONS FOR PRETRIAL DIVERSION

1. You shall not violate any law (federal, state and local). You shall contact your Pretrial Officer, within 24 hours, if arrested and/or questioned by any law enforcement officer;

2. You shall reside at a residence approved by Pretrial Services and not move or absence yourself from this residence for more than 24 hours without prior approval from Pretrial Services;

3. You shall seek and/or maintain employment and provide verification as directed by Pretrial Services.

4. You shall report to your Pretrial Officer as directed and keep him/her informed of your whereabouts.

5. Your travel is restricted to the Eastern District of California and the Northern District of California (for employment only) unless prior approved by Pretrial Services;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medicinal marijuana, prescribed or not, may not be used;

7. You shall follow the Pretrial Diversion Program and comply with the conditions set forth;

## SPECIAL CONDITIONS

1. You shall only associate with law-abiding people;

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an Indictment, Information, or Complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an Information or in bringing a defendant to trial. I hereby request the Assistant U. S. Attorney for the Eastern District of California to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation or prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and shall be excludable time pursuant to the Speedy Trial Act (128 USC Section 3161). In addition, I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure, the Speedy Trial Act, or the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this Agreement.

_____   9/9/08
SIGNATURE OF DIVERTEE         DATE
Sara Posada

_____   9/9/08
ATTORNEY                      DATE
Lauren Cusick

_____   9-9-08
ASSISTANT U. S. ATTORNEY      DATE
Daniel S. McConkie

_____   _____
PRETRIAL SERVICES OFFICER     DATE
Darryl D. Walker

GREGORY G. HOLLOWS
_____   _____
JUDGE OR JUDGE MAGISTRATE*    DATE
Gregory G. Hollows


*To be approved by the Court if some form of charging document has been filed or if the Divertee has been arrested.

*rev. 3-99*