LAWRENCE G. BROWN
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-08-237 EFB |
| ) | |
| Plaintiff, ) | MOTION AND ORDER TO DISMISS |
| ) | COMPLAINT |
| v. ) | |
| ) | |
| SARA POSADA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the complaint against SARA POSADA without prejudice in the interest of justice.  This dismissal is in accordance with the terms of the Agreement For Deferred Prosecution entered into by the parties and signed by Judge Hollows on September 9, 2008.

    The government has received a letter from Pretrial Services confirming that the defendant has successfully completed a twelve month period of deferred prosecution/pretrial diversion.

///

///

///

///

1

1 Defendant's counsel, Lauren Cusick, has informed me that she has
2 no objection to this motion.

DATED: September 16, 2009                Respectfully submitted,

                                         LAWRENCE G. BROWN
                                         United States Attorney

                                    By:  /s/ Michael D. Anderson
                                         MICHAEL D. ANDERSON
                                         Assistant U.S. Attorney

**ORDER**

   **IT IS HEREBY ORDERED** that the complaint in the above captioned case be dismissed against defendant SARA POSADA without prejudice in the interest of justice.

DATED: September 16, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2